**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-4913**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

JEFFREY BRIAN COHEN,

                Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:14-cr-00310-WDQ-1)

---

Submitted: April 14, 2015           Decided: May 14, 2015

---

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jeffrey Brian Cohen, Appellant Pro Se. Harry Mason Gruber, Joyce Kallam McDonald, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Brian Cohen appeals the district court's order denying his motion to strike orders tolling the Speedy Trial Act period, 18 U.S.C. § 3164 (2012), and for immediate release.[1] We grant Cohen's motions to expedite appellate review so far as is consistent with the workload of the court. See Fed. R. App. P. 9(a). However, we have reviewed the record and find no reversible error.[2] Accordingly, we affirm for the reasons stated by the district court. United States v. Cohen, No. 1:14-cr-00310-WDQ-1 (D. Md. Nov. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[1] The Government has filed a motion to dismiss the appeal for lack of jurisdiction. We conclude that we have jurisdiction; therefore, we deny the Government's motion to dismiss.

[2] We deny Cohen's motion to supplement his informal brief because the proffered supplement concerns evidence not in the record on appeal, and Cohen has not properly supplemented the record. See 4th Cir. R. 10(d).